IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT WILLIAMSON,

    Plaintiff,　　　　　　　　　　　　　09cv1467
　　　　　　　　　　　　　　　　　　　　　　　　**ELECTRONICALLY FILED**
  v.

AMADA CUTTING TECHNOLOGIES, INC.,

    Defendant.

### ORDER RE: MOTION TO DISMISS (DOC. NO. 7)

AND NOW, this 18th day of November 2009, upon consideration of Defendant Amada Cutting Technologies, Inc.'s Motion to Dismiss Plaintiff's Negligence Count I, ¶¶ 18(b)-(f), (h)-(i), and Strict Liability Count II, ¶ 22(c) (doc. no. 7) and the Response thereto (doc. no. 10), it is hereby ORDERED that said Motion is GRANTED IN PART and DENIED IN PART.

Motion is DENIED as to Count I, ¶¶ 18(b)-(f), (h)-(i), and Motion is GRANTED as to Count II, ¶ 22(c).  Therefore, the Court strikes ¶ 22(c) from the Complaint (doc. no. 1, exh. 13).

                                                      s/ Arthur J. Schwab
                                                      Arthur J. Schwab
                                                      United States District Judge

cc:    All Registered ECF Counsel and Parties